UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Tanya Stanley-Williams     :     Case No.: 15-14439 MDC

:     Chapter 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the above named debtor.

_____
RICHARD F. WEINSTEIN, ESQUIRE

## PRAECIPE TO ENTER APPEARANCE

Kindly enter my appearance on behalf of the above named debtor.

_____
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, Pennsylvania 19026
Phone No.:    610 446-9000
Fax No.:       610-449-5380