# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 15-14439-MDC

TANYA R STANLEY-WILLIAMS

1206 WEST LAFAYETTE STREET

NORRISTOWN, PA 19401-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TANYA R STANLEY-WILLIAMS

    1206 WEST LAFAYETTE STREET

    NORRISTOWN, PA 19401-

Counsel for debtor(s), by electronic notice only.

    RICHARD F. WEINSTEIN ESQ
    705 WEST HAVERFORD RD
    SUITE 1
    BRYN MAWR, PA 19010-

Date: 6/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee