United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14439-mdc
Tanya R Stanley-Williams                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Aug 17, 2018
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db         +Tanya R Stanley-Williams,    1206 West Lafayette Street,    Norristown, PA 19401-4330
cr         +Linda Mitten,   Commonwealth of Pennsylvania,    Department of Labor and Industry,
             651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13597154   +Montgomery County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
             15 Public Square, Suite 202,    Wilkes-Barre, PA 18701-1703
13551089    Nco-marlin,    Po Box 8529,   Philadelphia, PA 19101
13601454   +Norristown Municipal Waste Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13551090   +Residential Credit Solutions,    4283 North Freeway,   Fort Worth, TX 76106
13551092   +Sterling Credit Corp,    716 N Bethlehem Pike Ste,   Ambler, PA 19002-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:35
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2018 02:16:12      Ditech Financial LLC,
                 PO BOX 6154,   Rapid City, SD  57709-6154
13551084       +E-mail/Text: EBNProcessing@afni.com Aug 18 2018 02:16:53      Afni, Inc.,
                 Attn; DP Recovery Support,   Po Box 3427,   Bloomington, IL 61702-3427
13622782        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2018 02:22:20
                 American InfoSource LP as agent for,   Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13551085       +E-mail/Text: kristend@lobaf.com Aug 18 2018 02:17:00      Barbara A. Fein, Esquire,
                 721 Dresher Road, Suite 1050,   Horsham, PA 19044-2266
13551086        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 02:22:31      Capital 1 Bank,
                 Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091
13551087       +E-mail/Text: abovay@creditmanagementcompany.com Aug 18 2018 02:17:01      Credit Management Co,
                 2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13551088       +E-mail/Text: bknotice@ercbpo.com Aug 18 2018 02:16:50      Enhanced Recovery Corp,
                 Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13862713        E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2018 02:16:12      Self help Ventures Fund,
                 c/o Ditech Financial LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154
13551091       +E-mail/Text: bankruptcy@sw-credit.com Aug 18 2018 02:16:47      Southwest Credit Syste,
                 4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
13551093        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 18 2018 02:16:06
                 Verizon Pen,   Po Box 165018,   Columbus, OH 43216
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Norristown Municipal Waste Authority,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                Norristown, PA 19404-3020
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Virginia              Page 2 of 2             Date Rcvd: Aug 17, 2018
                               Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
          JAMES RANDOLPH WOOD    on behalf of Creditor    Norristown Municipal Waste Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          JENIECE D. DAVIS    on behalf of Creditor    Residential Credit Solutions Jeniece@MVRLAW.COM,
           bonnie@mvrlaw.com
          KENNETH E. WEST    on behalf of Debtor Tanya R Stanley-Williams dwabkty@aol.com,
           G6211@notify.cincompass.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Self Help Ventures Fund bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Self Help Ventures Fund bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                         TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA R STANLEY-WILLIAMS                           Chapter 13

                    Debtor          Bankruptcy No. 15-14439-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___16th___ day of ___August___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
RICHARD F. WEINSTEIN ESQ
705 WEST HAVERFORD RD
SUITE 1
BRYN MAWR, PA 19010-


Debtor:
TANYA R STANLEY-WILLIAMS

1206 WEST LAFAYETTE STREET

NORRISTOWN, PA 19401-